RONALD FABRIZI ET AL. *v.* CLIFFORD R. BURGESS ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Lawrence J. Merly,* for the appellees (plaintiffs).

*Clifford R. Burgess,* pro se, the appellants (defendants).

Argued June 5—decided June 5, 1973

JOHN WORDEN *v.* JOSEPH FRANCIS

The defendant's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is denied.

*Robert Y. Pelgrift,* for the appellee (defendant).

*William J. St. John, Jr.,* for the appellant (plaintiff).

Argued June 5—decided June 5, 1973

EDWARD G. PIZZELLA, ADMINISTRATOR, ET AL. *v.*
WILLARD L. MARTIN

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Wesley W. Horton,* for the appellee (defendant).

*Edward G. Pizzella,* for the appellants (plaintiffs).

Argued June 5—decided June 5, 1973